IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| IN RE SUBPOENA SERVED ON NONPARTY TIM RUSSELL DATED MARCH 10, 2023 | ) Case No.: 7:23-mc-00020 ) ) ) |

**MOVANT'S BRIEF IN RESPONSE TO THIS COURT'S ORDER ON APRIL 28, 2023**

COMES NOW, Movant Richard Morrell ("Movant"), a Defendant in litigation pending before the United States District Court for the Eastern District of Missouri, Eastern Division (4:21-cv-293-RWS) ("Issuing Court"), and hereby provides the following short brief in response to this Court's Order dated April 28, 2023.

This Court is correct regarding its summary of occurrences and its calculation of eighty-two miles (each way) pertaining to travel. A subpoena was served to Tim Russell with the incorrect/invalid federal witness per diem and mileage fee under Fed. R. Civ. P. 45. *See CF & I Steel Corp. v. Mitsui & Co. (U.S.A.), Inc.*, 713 F.2d 494, 496 (9th Cir. 1983).

Movant intends to serve a subpoena with the correct mileage fee. Movant respectfully requests to withdraw his motion at this time, or in the alternative that it be denied without prejudice in the event proper service does not result in Mr. Russell's appearance at a deposition. Movant will, of course, defer to this Court's preference regarding whether this matter should be closed or whether it should remain pending for status regarding the renewed effort of deposing Mr. Russell.

WHEREFORE, Movant respectfully requests that he be allowed leave to withdraw his motion, or in the alternative that his motion be denied without prejudice consistent with the above, and for such further relief this Court deems just and proper.

**RICHARD MORRELL**

By Counsel

s/ Melissa Y. York
Melissa Y. York (VSB No. 77493)
Counsel for Richard Morrell
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com


/s/ Robert T. Plunkert
Robert T. Plunkert
PITZER SNODGRASS, P.C.
Attorney for Movant Richard Morrell
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545 - Phone
plunkert@pspclaw.com

2

## **CERTIFICATE**

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this 2nd day of May, 2023:

| | |
|---|---|
| Portia C. Kayser<br>Joshua C. Grumke<br>HARRIS DOWELL FISHER & YOUNG L.C.<br>15400 South Outer 40, Suite 202,<br>Chesterfield, MO 63017<br>pkayser@harrisdowell.com,<br>jgrumke@harrisdowell.com<br>*Attorney for Defendant John Neske* | Timothy J. Reichardt<br>REICHARDT NOCE & YOUNG LLC<br>12444 Powerscourt Drive, Ste. 370<br>St. Louis, Missouri 63131<br>tjr@reichardtnoce.com<br>*Attorney for Defendant Douglas Tinkham* |
| Blake D. Hill<br>Jason S. Retter<br>HELLMICH HILL LLC<br>1049 N. Clay Avenue<br>Kirkwood, Missouri 63122<br>blake@hellmichhillretter.com<br>jason@hellmichhillretter.com<br>*Attorneys for Defendant City of O'Fallon, Missouri* | Michael G. Mueth<br>Rory P. O'Sullivan<br>ST. CHARLES COUNTY COUNSELOR'S OFFICE<br>100 N. Third Street, Ste. 216<br>St. Charles, Missouri 63301<br>mmueth@sccmo.org<br>rosullivan@sccmo.org<br>*Attorneys for Defendants Ricky Luetkenhaus, Mark O'Neill, and County of St. Charles, Missouri* |
| Jon Loevy<br>Josh Loevy<br>Anand Swaminathan<br>Steven Art<br>Jordan Poole<br>LOEVY & LOEVY<br>311 N. Aberdeen Street, Third Floor<br>Chicago, Illinois 60607<br>jon@loevy.com<br>joshl@loevy.com<br>anand@loevy.com<br>poole@loevy.com<br>steve@loevy.com<br>*Attorneys for Plaintiff* | Bryon E. Hale<br>John R. Hamill, III<br>Barklage, Brett & Hamill, P.C.<br>211 N. Third Street<br>St. Charles, Missouri 63301<br>bhale@barklage-brett.com<br>jhamill@barklage-brett.com<br>*Attorneys for Defendants Ricky Luetkenhaus, Mark O'Neill, and County of St. Charles, Missouri* |

<u>s/ Melissa Y. York</u>
Melissa Y. York (VSB No. 77493)
Counsel for Richard Morrell
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

4